UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**Camden Bond, LLC,** a California Limited Liability Company;<br>**All Clear Pool & Spa,** a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:16-CV-00022-JAM-CKD<br><br>**ORDER GRANTING STIPULATION TO CONTINUE TRIAL AND SET A SETTLEMENT CONFERENCE**<br><br>Trial Date: January 22, 2018<br>Time: 9:00 a.m.<br><br>Complaint Filed: January 5, 2016<br><br>Honorable Judge John A. Mendez |

## **ORDER**

Pursuant to joint stipulation of the parties, and finding good cause therefore, is hereby ordered:

1. The Court trial currently set for January 22, 2018, be continued to May 21, 2018 at 9:00 a.m.
2. The request for a Settlement Conference in this matter is granted. A settlement conference is set before the Hon. Edmund F. Brennan, Chief Magistrate Judge, on Thursday, April 19, 2018 at 10:00 a.m. in Courtroom # 8, 13th Floor.

The parties are directed to submit confidential settlement conference statements via e-mail (efborders@caed.uscourts.gov) to chambers seven (7) days prior to the settlement conference. Such statements are neither to be filed with the clerk nor served on opposing counsel. However, each party shall e-file a one page document entitled Notice of Submission of Confidential Settlement Conference Statement. The parties may agree, or not, to serve each other with the settlement statements. Each party is reminded of the requirement that it be represented in person at the settlement conference by a

1

person able to dispose of the case or fully authorized to settle the matter at the settlement conference on any terms.  <u>See</u> Local Rule 270

**IT IS SO ORDERED.**

Dated: January 17, 2018

                                <u>/s/ John A. Mendez_____</u>

                                **HON. JOHN A. MENDEZ**
                                Judge of the U.S. District Court