UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>Plaintiffs,<br><br>v.<br><br>CAMDEN BOND, LLC, a California Limited Liability Company, ALLCLEARPOOL & SPA, INC., a California Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | No. 2:16-cv-0022-JAM-CKD<br><br><br>ORDER TO SHOW CAUSE |

On April 19, 2018, the above-captioned case settled at a settlement conference conducted before the undersigned. ECF No. 45. On April 20, 2018, the court issued an order directing the parties to file dispositional documents within thirty (30) days. *See* ECF No. 47. The time for doing so has now expired and no dispositional documents have been filed.

Accordingly, counsel for all parties are ORDERED TO SHOW CAUSE not later than fourteen (14) days from the date of this order why sanctions should not be imposed for failure to comply with the court's order directing the parties to file dispositional documents.

SO ORDERED.

DATED: May 30, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE