UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>Plaintiffs,<br><br>v.<br><br>CAMDEN BOND, LLC, a California Limited Liability Company, ALLCLEARPOOL & SPA, INC., a California Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | No. 2:16-cv-0022-JAM-CKD<br><br><br><br>ORDER TO SHOW CAUSE |

On April 19, 2018, the above-captioned case settled at a settlement conference conducted before the undersigned. ECF No. 45. On April 20, 2018, the court issued an order directing the parties to file dispositional documents within thirty (30) days. ECF No. 47. The time for doing expired and no dispositional documents were filed. Accordingly, on May 30, 2018, the court ordered the parties to show cause why sanctions should not be imposed for their failure to comply. ECF No. 48. In their responses, ECF Nos. 51, 52, they requested an extension of time to file dispositional documents. That request was granted on June 18, 2018 and the time was extended an additional thirty days. ECF No. 53. The time for acting has once again passed, and the parties have failed to file dispositional documents or otherwise respond to the court's order.

/////

/////

Accordingly, counsel for all parties are ORDERED TO SHOW CAUSE not later than fourteen (14) days from the date of this order why sanctions should not be imposed for failure to comply with the court's order directing the parties to file dispositional documents.

SO ORDERED.

DATED: July 25, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE